# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00495-CV

**Annita Wilson, Appellant**

**v.**

**Acevedo Enterprises, Inc.; and Virginia K. Villarreal, Individually and as Independent Administrator of the Estates of Leandro Acevedo, Jr. and Melba V. Acevedo, Appellees**

### FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT
### NO. 04-PI-274, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Annita Wilson has filed a Motion to Dismiss her appeal.  The motion is not opposed.

We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:   January 24, 2008